IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERIMLNHA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>PARKVIEW HOME, INC., FARMERS STATE BANK, and CHRISTOPHER D. GRAY,<br><br>Defendants. | 8:21CV443<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. Filing 43. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case, including all claims, counterclaims, and third-party claims, is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 9th day of May, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge